**Billy Lee WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38781.**

Missouri Court of Appeals,
Western District.

June 9, 1987.

Nancy McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Byrona J. Kincanon, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).